**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    VICTORIA A. TROUTMAN,    :    Chapter 13
:
Debtor    :    Bky. No.  19-12984 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time ("the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **June 21, 2019**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before August 16, 2019**.

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

Date:  June 13, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**