READING SCHOOL DISTRICT

TROUTMAN, VICTORIA

| Earnings | Rate | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|---|
| REG SALARY |  |  | 2,698.12 | FICA | 164.14 | 1,477.26 | 164.14 | 24,421.50 |
| SPEC ED |  | 15.38 |  | MEDICARE | 38.39 | 345.51 | 38.39 | Current Earnings |
|  |  |  |  | FED TAX | 346.27 | 3,116.43 | .00 | |
|  |  |  |  | STATE TAX | 81.27 | 731.43 | .00 | 2,713.50 |
|  |  |  |  | LOCAL TAX | 34.42 | 309.78 | .00 | Current Net |
|  |  |  |  | LST - 26 | 2.00 | 18.00 | .00 | |
|  |  |  |  | UNEMP | 1.63 | 14.67 | .00 | .00 |
|  |  |  |  | RET75 TD | 203.51 | 1,831.59 | 453.56 | |
|  |  |  |  | RETE | .00 | .00 | 453.56 | Pay Period |
|  |  |  |  | INSMD | .00 | .00 | 1,500.00 | Ending |
|  |  |  |  | LTD | 3.74 | 33.66 | .00 | |
|  |  |  |  | TEACI | 66.13 | 595.17 | .00 | 04/27/19 |
|  | .00 | 2,713.50 | DR DEPOSIT | 1,772.00 | 15,948.00 |  | Pay Date |
| Leave | Balance | Taken YTD |  |  |  |  |  | |
| SICK | 72.00 | 3.50 |  |  |  |  |  | 04/26/19 |
| PERSONAL | .00 | 5.00 |  |  |  |  |  | Stub No |
| MISC | .00 | .00 |  |  |  |  |  | |
|  |  |  | Total | 2,713.50 | 24,421.50 | 2,609.65 | V1018907 |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

04/26/19

STUB NO.
V1018907

DEPOSIT TO THE ACCOUNT OF
031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526

** NON-NEGOTIABLE **

031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526

READING SCHOOL DISTRICT                                              TROUTMAN, VICTORIA

| Earnings | Rate | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|---|
| REG SALARY |  |  | 2,698.12 | FICA | 164.14 | 1,313.12 | 164.14 | 21,708.00 |
| SPEC ED |  |  | 15.38 | MEDICARE | 38.39 | 307.12 | 38.39 | Current Earnings |
|  |  |  |  | FED TAX | 346.27 | 2,770.16 | .00 |  |
|  |  |  |  | STATE TAX | 81.27 | 650.16 | .00 | 2,713.50 |
|  |  |  |  | LOCAL TAX | 34.42 | 275.36 | .00 | Current Net |
|  |  |  |  | LST - 26 | 2.00 | 16.00 | .00 |  |
|  |  |  |  | UNEMP | 1.63 | 13.04 | .00 | .00 |
|  |  |  |  | RET75 TD | 203.51 | 1,628.08 | 453.56 |  |
|  |  |  |  | RETE | .00 | .00 | 453.56 | Pay Period |
|  |  |  |  | LTD | 3.74 | 29.92 | .00 | Ending |
|  |  |  |  | TEACI | 66.13 | 529.04 | .00 |  |
|  |  |  |  | DR DEPOSIT | 1,772.00 | 14,176.00 | .00 | 04/13/19 |
|  | .00 | 2,713.50 | INSMD | .00 | .00 | .00 |  |
| Leave | Balance | Taken YTD |  |  |  |  |  | Pay Date |
| SICK | 72.00 | 3.50 |  |  |  |  |  |  |
| PERSONAL | .00 | 5.00 |  |  |  |  |  | 04/12/19 |
| MISC | .00 | .00 |  |  |  |  |  | Stub No |
|  |  |  | Total | 2,713.50 | 21,708.00 | 1,109.65 |  | V1017493 |

STATEMENT OF EARNINGS AND DEDUCTIONS - PLEASE DETACH AND KEEP FOR YOUR RECORDS

04/12/19

STUB NO.
V1017493

DEPOSIT TO THE ACCOUNT OF

031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526

** NON-NEGOTIABLE **

031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526

READING SCHOOL DISTRICT                                             TROUTMAN, VICTORIA

| Earnings | Rate | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|---|
| REG SALARY | | | 2,698.12 | FICA | 164.14 | 1,148.98 | 164.14 | 18,994.50 |
| SPEC ED | | | 15.38 | MEDICARE | 38.39 | 268.73 | 38.39 | |
| | | | | FED TAX | 346.27 | 2,423.89 | .00 | Current Earnings |
| | | | | STATE TAX | 81.27 | 568.89 | .00 | |
| | | | | LOCAL TAX | 34.42 | 240.94 | .00 | 2,713.50 |
| | | | | LST - 26 | 2.00 | 14.00 | .00 | |
| | | | | UNEMP | 1.63 | 11.41 | .00 | Current Net |
| | | | | RET75 TD | 203.51 | 1,424.57 | 453.56 | |
| | | | | RETE | .00 | .00 | 453.56 | .00 |
| | | | | INSMD | .00 | .00 | 1,500.00 | |
| | | | | LTD | 3.74 | 26.18 | .00 | Pay Period |
| | | | | TEACI | 66.13 | 462.91 | .00 | Ending |
| | | .00 | 2,713.50 | DR DEPOSIT | 1,772.00 | 12,404.00 | .00 | |
| Leave | Balance | | Taken YTD | | | | | 03/30/19 |
| SICK | 72.00 | | 3.50 | | | | | Pay Date |
| PERSONAL | .00 | | 5.00 | | | | | |
| MISC | .00 | | .00 | | | | | 03/29/19 |
| | | | | | | | | Stub No |
| | | | | Total | 2,713.50 | 18,994.50 | 2,609.65 | V1016086 |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

                                                                    STUB NO.
                                                03/29/19            V1016086

DEPOSIT    031
TO THE     VICTORIA TROUTMAN
ACCOUNT    500 S. 7TH STREET
OF         HAMBURG PA 19526

**\*\* NON-NEGOTIABLE \*\***

031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526

READING SCHOOL DISTRICT                                                                                  TROUTMAN, VICTORIA

| Earnings | Rate | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|---|
| REG SALARY |  |  | 2,698.12 | FICA | 164.14 | 984.84 | 164.14 | 16,281.00 |
| SPEC ED |  |  | 15.38 | MEDICARE | 38.39 | 230.34 | 38.39 | |
|  |  |  |  | FED TAX | 346.27 | 2,077.62 | .00 | Current Earnings |
|  |  |  |  | STATE TAX | 81.27 | 487.62 | .00 | 2,713.50 |
|  |  |  |  | LOCAL TAX | 34.42 | 206.52 | .00 | |
|  |  |  |  | LST - 26 | 2.00 | 12.00 | .00 | Current Net |
|  |  |  |  | UNEMP | 1.63 | 9.78 | .00 | |
|  |  |  |  | RET75 TD | 203.51 | 1,221.06 | 453.56 | .00 |
|  |  |  |  | RETE | .00 | .00 | 453.56 | |
|  |  |  |  | LTD | 3.74 | 22.44 | .00 | Pay Period |
|  |  |  |  | TEACI | 66.13 | 396.78 | .00 | Ending |
|  |  |  | .00  2,713.50 | DR DEPOSIT | 1,772.00 | 10,632.00 | .00 | |
|  |  |  |  | INSMD | .00 | .00 | .00 | 03/16/19 |
| Leave | Balance |  | Taken YTD |  |  |  |  | Pay Date |
| SICK | 72.00 |  | 3.50 |  |  |  |  | |
| PERSONAL | .00 |  | 5.00 |  |  |  |  | 03/15/19 |
| MISC | .00 |  | .00 |  |  |  |  | Stub No |
|  |  |  |  | Total | 2,713.50 | 16,281.00 | 1,109.65 | V1014701 |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

 

                                                                                   STUB NO.

                                            03/15/19        V1014701

DEPOSIT TO THE ACCOUNT  031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526

** NON-NEGOTIABLE **

031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526

READING SCHOOL DISTRICT                                                                 TROUTMAN, VICTORIA

| Earnings | Rate | Hours | Amount | Deductions | Amount | YTD Deduct | Contribution | YTD Gross |
|---|---|---|---|---|---|---|---|---|
| REG SALARY |  |  | 2,698.12 | FICA | 164.14 | 820.70 | 164.14 | 13,567.50 |
| SPEC ED |  |  | 15.38 | MEDICARE | 38.39 | 191.95 | 38.39 | Current Earnings |
|  |  |  |  | FED TAX | 346.27 | 1,731.35 | .00 |  |
|  |  |  |  | STATE TAX | 81.27 | 406.35 | .00 | 2,713.50 |
|  |  |  |  | LOCAL TAX | 34.42 | 172.10 | .00 | Current Net |
|  |  |  |  | LST - 26 | 2.00 | 10.00 | .00 |  |
|  |  |  |  | UNEMP | 1.63 | 8.15 | .00 | .00 |
|  |  |  |  | RET75 TD | 203.51 | 1,017.55 | 453.56 |  |
|  |  |  |  | RETE | .00 | .00 | 453.56 | Pay Period |
|  |  |  |  | LTD | 3.74 | 18.70 | .00 | Ending |
|  |  |  |  | TEACI | 66.13 | 330.65 | .00 |  |
|  |  | .00 | 2,713.50 | DR DEPOSIT | 1,772.00 | 8,860.00 | .00 | 03/02/19 |
|  |  |  |  | INSMD | .00 | .00 | .00 | Pay Date |
| Leave | Balance |  | Taken YTD |  |  |  |  | 03/01/19 |
| SICK | 72.00 |  | 3.50 |  |  |  |  | Stub No |
| PERSONAL | .00 |  | 5.00 |  |  |  |  |  |
| MISC | .00 |  | .00 |  |  |  |  |  |
|  |  |  |  | Total | 2,713.50 | 13,567.50 | 1,109.65 | V1013306 |

STATEMENT OF EARNINGS AND DEDUCTIONS -PLEASE DETACH AND KEEP FOR YOUR RECORDS

                                                                        STUB NO.
                                                    03/01/19            V1013306

DEPOSIT TO THE ACCOUNT OF   031
                            VICTORIA TROUTMAN
                            500 S. 7TH STREET
                            HAMBURG PA 19526

                                                    ** NON-NEGOTIABLE **

031
VICTORIA TROUTMAN
500 S. 7TH STREET
HAMBURG PA 19526