Certificate Number: 14912-PAE-DE-033117411

Bankruptcy Case Number: 19-12984



14912-PAE-DE-033117411

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 16, 2019</u>, at <u>6:10</u> o'clock <u>PM EDT</u>, <u>Victoria Troutman</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 16, 2019</u>              By:   <u>/s/Jai Bhatt</u>

                                        Name: <u>Jai Bhatt</u>

                                        Title:  <u>Counselor</u>