**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                        Case No. 19-12984-elf
                                              Chapter 13
VICTORIA A. TROUTMAN

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:      _/s/ Daniel Jones, Esquire_
         Daniel Jones, Esquire,
         Bar No:  321876
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         djones@sterneisenberg.com
         Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 27th day of September 2019, to the following:

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601
amburke7@yahoo.com
***Attorney for Debtor***

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
info@ReadingCh13.com
***Chapter 13 Trustee***

and by standard first class mail postage prepaid to:

Victoria A. Troutman
500 S 7th St
Hamburg, PA 19526
***Debtor***

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
***U.S. Trustee***

By:  _____/s/Daniel Jones, Esquire___