United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victoria A. Troutman  
       Debtor

Case No. 19-12984-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Oct 25, 2019  
                      Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14355182       +E-mail/Text: bankruptcy@gatewayloan.com Oct 26 2019 03:39:48      Gateway Mortgage Group, LLC, 244 South Gateway Place,    Jenks, OH 74037-3460
                                                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2019                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
        DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association et al. djones@sterneisenberg.com, bkecf@sterneisenberg.com
        KEVIN G. MCDONALD    on behalf of Creditor    Gateway Mortgage Group, a division of Gateway First Bank bkgroup@kmllawgroup.com
        MICHAEL D. HESS    on behalf of Debtor Victoria A. Troutman amburke7@yahoo.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                         TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-12984-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Victoria A. Troutman
500 South Seventh Street
Hamburg PA 19526

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/24/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OH 74037-3446

Name and Address of Transferee:

U.S. Bank National Association, et al.
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/27/19

Tim McGrath
**CLERK OF THE COURT**