**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| IN RE: | Case No. 19-12984-elf |
| | Chapter 13 |
| VICTORIA A. TROUTMAN | |
| Debtor(s). | |

### REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT c/o Rushmore Loan Management Services, LLC**, on October 16, 2019 as moot as Debtor filed an Amended Plan on November 19, 2019 which moots Movants Objection.


By:     */s/ Daniel Jones, Esquire*
        Daniel Jones, Esquire
        Bar No: 321876
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        djones@sterneisenberg.com
        Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 20th day of November 2019, to the following:

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601
amburke7@yahoo.com
***Attorney for Debtor(s)***


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
info@ReadingCh13.com
***Chapter 13 Trustee***

and by standard first class mail postage prepaid to:

United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
***U.S. Trustee***

Victoria A. Troutman
500 South Seventh Street
Hamburg, PA 19526
***Debtor(s)***

                                    By:      */s/Daniel Jones, Esquire*