United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victoria A. Troutman  
     Debtor

Case No. 19-12984-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 2     Date Rcvd: Dec 09, 2019  
                          Form ID: 152     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.

```
db              +Victoria A. Troutman,    500 South Seventh Street,    Hamburg, PA 19526-1326
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +U.S. Bank National Association et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                  Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
14427496        +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
14336718        +Gateway Mortgage Group,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14321677        +KML Law Group, P.C.,    Suite 5000 BNY Independence Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
14397299        +U.S. Bank National Association,    c/o Daniel Jones, Esquire,    Stern & Eisenberg, PC,
                  1581 Main Street, Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
14396347        +U.S. Bank National Association et al.,    c/o Rushmore Loan Management Services, L,
                  PO Box 55004,    Irvine, CA 92619-5004
14410642         U.S. Bank National Association, et al.,    c/o Rushmore Loan Management Services,
                  P.O. Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2019 03:37:29
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2019 03:37:59     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:45:54     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14327816        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2019 03:44:55
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14355182        +E-mail/Text: bankruptcy@gatewayloan.com Dec 10 2019 03:37:54     Gateway Mortgage Group, LLC,
                  244 South Gateway Place,    Jenks, OH 74037-3460
14321676        +E-mail/Text: bankruptcy@gatewayloan.com Dec 10 2019 03:37:55     Gateway Mortgage Group. LLC,
                  244 South Gateway Place,    Jenks, OK 74037-3460
14345453        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 10 2019 03:37:52     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14323720        +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:45:54     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:

```
              DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association et al.
               djones@sterneisenberg.com, bkecf@sterneisenberg.com
              KEVIN G. MCDONALD    on behalf of Creditor    Gateway Mortgage Group, a division of Gateway First
               Bank bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Victoria A. Troutman amburke7@yahoo.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Dec 09, 2019
                              Form ID: 152             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                         TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Victoria A. Troutman
    Debtor(s)

Case No: 19−12984−elf
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 1/23/20 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court