United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-12984-elf
Victoria A. Troutman                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa          Page 1 of 1         Date Rcvd: Jan 23, 2020
                           Form ID: 155         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db            +Victoria A. Troutman,    500 South Seventh Street,    Hamburg, PA 19526-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
          DANIEL P. JONES   on behalf of Creditor   U.S. Bank National Association et al.
          djones@sterneisenberg.com,  bkecf@sterneisenberg.com
          KEVIN G. MCDONALD   on behalf of Creditor   Gateway Mortgage Group, a division of Gateway First
          Bank bkgroup@kmllawgroup.com
          MICHAEL D. HESS   on behalf of Debtor Victoria A. Troutman amburke7@yahoo.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Victoria A. Troutman
                Debtor(s)                                        Chapter: 13

                                                                Bankruptcy No: 19–12984–elf

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this January 23, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Eric L. Frank
                                        Judge ,
                                        United States Bankruptcy Court

                                                                        38
                                                                   Form 155