United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Victoria A. Troutman  
     Debtor

Case No. 19-12984-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 07, 2020  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
db        +Victoria A. Troutman,  500 South Seventh Street,   Hamburg, PA 19526-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:  
        DANIEL P. JONES   on behalf of Creditor   U.S. Bank National Association et al. djones@sterneisenberg.com, bkecf@sterneisenberg.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Gateway Mortgage Group, a division of Gateway First Bank bkgroup@kmllawgroup.com  
        MICHAEL D. HESS   on behalf of Debtor Victoria A. Troutman amburke7@yahoo.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Victoria A. Troutman  : CASE NO: 19-12984-ELF
: CHAPTER 13
:
DEBTOR

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by Debtor's Counsel Michael D. Hess, Esq., of Burke & Hess, (the "Applicant) and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $5,000.00 and reimbursement of expenses of $28.03.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed amounts set forth in ¶2 less $1,690.00 which was paid by the Debtor prepetition to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

2/7/20
_____          _____
**Date**                              **ERIC L. FRANK**
                                      **U.S. BANKRUPTCY JUDGE**