**Fill in this information to identify the case:**

Debtor 1 _____Victoria A. Troutman_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Eastern District of Pennsylvania_

(State)

Case number ___19-12984-pmm___

## Official Form 410S1

# Notice of Mortgage Payment Change
12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2018 G-CTT

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:            4047

**Date of payment change:**
Must be at least 21 days after date of this notice            05/01/2020

**New total payment:**
Principal, interest, and escrow, if any            $Forbearance

---

### Part 1:   Escrow Account Payment Adjustment

**1.  Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
_____

Current escrow payment:   $ _____        New escrow payment:                    $ _____

---

### Part 2:   Mortgage Payment Adjustment

**2.  Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No
☐ Yes.     Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

Current interest rate            _____%        New interest rate:   _____%

Current principal and interest payment: $ _____        New principal and interest payment: $_____

---

### Part 3:   Other Payment Change

**3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☒ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
Reason for change: Temporary forbearance from May 1, 2020 through July 30, 2020. Please see attached Notice of Temporary Forbearance.

Current mortgage payment:   $ 1694.92        New mortgage payment:            $Forbearance

Debtor 1     <u>Victoria A. Troutman</u>
        First Name    Middle Name      Last Name

Case number (*if known*) <u>19-12984-pmm</u>

| Part 4: | Sign Here |
|---------|-----------|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐   I am the creditor.

☒   I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

<u>/s/ Daniel P. Jones</u>
Signature

Date <u>May 18, 2020</u>

Print:    <u>Daniel P. Jones, Bar ID# 321876</u>
        First Name       Middle Name    Last Name

Title: <u>Attorney for Creditor</u>

Company    <u>Stern & Eisenberg, P.C.</u>

Address    <u>1581 Main Street, Suite 200 The Shops at Valley Square</u>
        Number        Street

<u>Warrington, PA 18976</u>
City             State      ZIP Code

Contact phone <u>215-572-8111</u>      Email  <u>djones@sterneisenberg.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: | Case No. 19-12984-pmm |
| VICTORIA A. TROUTMAN<br>        Debtor. | Chapter 13 |

**NOTICE OF TEMPORARY FORBEARANCE**

U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2018 G-CTT (hereinafter "Creditor"), secured creditor of the above-entitled Debtor(s), hereby provides notice that Creditor and Debtor(s) have entered into a forbearance agreement due to the impact of COVID-19.  The forbearance agreement relates to the loan ending in 4047 (hereinafter "Loan"), which is secured by the real property located at 500 S. 7th Street, Hamburg, PA 19526.

Under the forbearance agreement, payments due under the loan are suspended beginning with the payment due on May 1, 2020, through and including the payment due July 1, 2020. This Notice does not constitute an amendment and/or modification of the Loan.

This Notice does not constitute an amendment or modification to the Debtor(s) plan of reorganization, and does not relieve the Debtor(s) of the responsibility to amend or modify the plan of reorganization to reflect the forbearance agreement, if required.

Respectfully submitted,

/s/ Daniel P. Jones
Daniel P. Jones, Esquire
ID No: 321876
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
djones@sterneisenberg.com
Phone: 215-572-8111
Fax: 215-572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:                                          Case No. 19-12984-pmm

VICTORIA A. TROUTMAN,                           Chapter 13
        Debtor.

## CERTIFICATE OF SERVICE

       I certify that on May 18, 2020, I caused to be served a true and correct copy of the above Notice of Temporary Forbearance upon registered recipients via the Court's ECF system. In the event the debtor(s) is/are pro se, a paper copy of the Notice is being mailed to the debtor's address on file with the Court.

          /s/ Daniel P. Jones
          Stern & Eisenberg, P.C.
          Daniel P. Jones, Esquire
          ID No: 321876
          djones@sterneisenberg.com