| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12984-PMM**

VICTORIA  A. TROUTMAN
500 SOUTH SEVENTH STREET
HAMBURG  PA    19526

Petition Filed Date: 05/08/2019
341 Hearing Date: 08/06/2019
Confirmation Date: 01/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/24/2019 | $1,800.00 | Other | 11/07/2019 | $450.00 | | 11/27/2019 | $450.00 | |
| 01/27/2020 | $450.00 | | 06/11/2020 | $1,200.00 | | | | |

**Total Receipts for the Period: $4,350.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,350.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $3,338.03 | $3,338.03 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $1,785.22 | $0.00 | $1,785.22 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  002 | Unsecured Creditors | $241.42 | $0.00 | $241.42 |
| 3 | RUSHMORE LOAN MGMT SVCS LLC<br>»»  003 | Mortgage Arrears | $25,335.65 | $594.52 | $24,741.13 |

**Chapter 13 Case No. 19-12984-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,350.00 | Current Monthly Payment: | $635.00 |
| Paid to Claims: | $3,932.55 | Arrearages: | $2,055.00 |
| Paid to Trustee: | $417.45 | Total Plan Base: | $34,980.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.