| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-12984-PMM

VICTORIA  A.  TROUTMAN
500 SOUTH SEVENTH STREET
HAMBURG  PA    19526

Petition Filed Date: 05/08/2019
341 Hearing Date: 08/06/2019
Confirmation Date: 01/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2020 | $450.00 | | 06/11/2020 | $1,200.00 | | 09/15/2020 | $1,500.00 | |
| 10/05/2020 | $1,200.00 | | 02/22/2021 | $3,500.00 | | 03/22/2021 | $350.00 | |
| 04/05/2021 | $350.00 | | 04/16/2021 | $350.00 | | 04/30/2021 | $350.00 | |
| 05/14/2021 | $350.00 | | 06/01/2021 | $350.00 | | | | |

**Total Receipts for the Period: $9,950.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BURKE & HESS | Attorney Fees | $3,338.03 | $3,338.03 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $1,785.22 | $0.00 | $1,785.22 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  002 | Unsecured Creditors | $241.42 | $0.00 | $241.42 |
| 3 | RUSHMORE LOAN MGMT SVCS LLC<br>»»  003 | Mortgage Arrears | $25,335.65 | $7,932.52 | $17,403.13 |

Chapter 13 Case No. 19-12984-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,650.00 | Current Monthly Payment: | $635.00 |
| Paid to Claims: | $11,270.55 | Arrearages: | $105.00 |
| Paid to Trustee: | $1,064.45 | Total Plan Base: | $34,980.00 |
| Funds on Hand: | $315.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.