Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-12984-PMM**

VICTORIA  A.  TROUTMAN  
500 SOUTH SEVENTH STREET  
HAMBURG  PA    19526

Petition Filed Date: 05/08/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date: 01/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $350.00 |  | 04/16/2021 | $350.00 |  | 04/30/2021 | $350.00 |  |
| 05/14/2021 | $350.00 |  | 06/01/2021 | $350.00 |  | 06/11/2021 | $350.00 |  |
| 06/28/2021 | $350.00 |  | 07/12/2021 | $350.00 |  | 07/26/2021 | $350.00 |  |
| 08/06/2021 | $350.00 |  | 08/23/2021 | $350.00 |  | 09/07/2021 | $350.00 |  |
| 09/17/2021 | $350.00 |  | 10/01/2021 | $350.00 |  | 10/18/2021 | $350.00 |  |
| 11/16/2021 | $350.00 |  | 11/29/2021 | $350.00 |  | 12/10/2021 | $350.00 |  |
| 12/28/2021 | $350.00 |  | 01/24/2022 | $350.00 |  | 02/04/2022 | $350.00 |  |
| 02/22/2022 | $350.00 |  | 03/04/2022 | $350.00 |  | 04/04/2022 | $350.00 |  |
| 04/18/2022 | $350.00 |  | 05/13/2022 | $350.00 |  | 05/31/2022 | $350.00 |  |
| 06/10/2022 | $350.00 |  | 06/27/2022 | $350.00 |  | 07/12/2022 | $350.00 |  |
| 07/25/2022 | $350.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period: $10,850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BURKE & HESS | Attorney Fees | $3,338.03 | $3,338.03 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $1,785.22 | $0.00 | $1,785.22 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  002 | Unsecured Creditors | $241.42 | $0.00 | $241.42 |
| 3 | RUSHMORE LOAN MGMT SVCS LLC<br>»»  003 | Mortgage Arrears | $25,335.65 | $16,241.52 | $9,094.13 |

**Chapter 13 Case No. 19-12984-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,750.00 | Current Monthly Payment: | $635.00 |
| Paid to Claims: | $19,579.55 | Arrearages: | ($740.00) |
| Paid to Trustee: | $1,848.45 | Total Plan Base: | $34,980.00 |
| Funds on Hand: | $322.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.