United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 19-12984-pmm

Victoria A. Troutman                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                    User: admin                                    Page 1 of 2

Date Rcvd: Jul 11, 2023                          Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Victoria A. Troutman, 500 South Seventh Street, Hamburg, PA 19526-1326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  et al. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association et al. djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| KEVIN G. MCDONALD | on behalf of Creditor Gateway Mortgage Group  a division of Gateway First Bank bkgroup@kmllawgroup.com |
| MICHAEL D. HESS | on behalf of Debtor Victoria A. Troutman kortiz739@yahoo.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

STEVEN K. EISENBERG
      on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust,
      Series 2018 G-CTT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Scott F Waterman
      on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| In Re: | |
|---|---|
| VICTORIA A. TROUTMAN<br>            Debtor(s) | Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION,<br>NOT IN ITS INDIVIDUAL CAPACITY<br>BUT SOLELY AS TRUSTEE FOR THE<br>RMAC TRUST, SERIES 2018 G-CTT | Case Number: 19-12984-pmm |
|             Movant | |
| v. | |
| VICTORIA A. TROUTMAN<br>            Debtor(s) | |
| SCOTT F. WATERMAN<br>            Trustee<br>            Respondent(s) | |

**ORDER**

AND NOW, this ____11th____ day of __July_, 2023____, ~~2022~~, upon the motion of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  500 S. 7TH STREET, HAMBURG, PA 19526.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer, Judge
UNITED STATES BANKRUPTCY COURT