| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-12984-PMM**

VICTORIA A. TROUTMAN                                    Petition Filed Date: 05/08/2019
500 SOUTH SEVENTH STREET                                341 Hearing Date: 08/06/2019
HAMBURG  PA    19526                                    Confirmation Date: 01/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $350.00 | | 09/30/2022 | $350.00 | | 10/31/2022 | $350.00 | |
| 11/14/2022 | $350.00 | | 11/28/2022 | $350.00 | | 12/12/2022 | $350.00 | |
| 01/09/2023 | $350.00 | | 02/21/2023 | $350.00 | | 03/03/2023 | $350.00 | |
| 03/20/2023 | $350.00 | | 03/31/2023 | $350.00 | | 04/14/2023 | $350.00 | |
| 05/12/2023 | $350.00 | | 05/26/2023 | $350.00 | | 06/09/2023 | $350.00 | |
| 06/26/2023 | $350.00 | | 07/10/2023 | $350.00 | | | | |

**Total Receipts for the Period: $5,950.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $27,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BURKE & HESS | Attorney Fees | $3,338.03 | $3,338.03 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»»  001 | Unsecured Creditors | $1,785.22 | $0.00 | $1,785.22 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  002 | Unsecured Creditors | $241.42 | $0.00 | $241.42 |
| 3 | RUSHMORE LOAN MGMT SVCS LLC<br>»»  003 | Mortgage Arrears | $25,335.65 | $22,016.52 | $3,319.13 |

**Chapter 13 Case No. 19-12984-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,700.00 | Current Monthly Payment: | $635.00 |
| Paid to Claims: | $25,354.55 | Arrearages: | $1,565.00 |
| Paid to Trustee: | $2,345.45 | Total Plan Base: | $34,980.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.