United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                           Case No. 19-12984-pmm

Victoria A. Troutman                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                User: admin                                Page 1 of 2

Date Rcvd: Oct 19, 2023                         Form ID: pdf900                           Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria A. Troutman, 500 South Seventh Street, Hamburg, PA 19526-1326 |
| 14427496 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14336718 | + | Gateway Mortgage Group, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14397299 | + | U.S. Bank National Association, c/o Daniel Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14743026 | + | U.S. Bank National Association, not in its individ, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 20 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Oct 20 2023 00:07:40 | U.S. Bank National Association et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| cr | ^ | MEBN | Oct 20 2023 00:07:41 | U.S. Bank National Association, et al., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | ^ | MEBN | Oct 20 2023 00:07:41 | U.S. Bank National Association, not in its individ, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14327816 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 00:12:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14355182 | + | Email/Text: bankruptcy@gatewayloan.com | Oct 20 2023 00:11:00 | Gateway Mortgage Group, LLC, 244 South Gateway Place, Jenks, OH 74037-3448 |
| 14321676 | + | Email/Text: bankruptcy@gatewayloan.com | Oct 20 2023 00:11:00 | Gateway Mortgage Group. LLC, 244 South Gateway Place, Jenks, OK 74037-3448 |
| 14321677 | ^ | MEBN | Oct 20 2023 00:07:59 | KML Law Group, P.C., Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14345453 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2023 00:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14323720 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:09 | Synchrony Bank, c/o of PRA Receivables |

| | | | |
|---|---|---|---|
| | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14396347 | + Email/Text: flyersprod.inbound@axisai.com | Oct 20 2023 00:11:00 | U.S. Bank National Association et al., c/o Rushmore Loan Management Services, L, PO Box 55004, Irvine, CA 92619-5004 |
| 14410642 | Email/Text: flyersprod.inbound@axisai.com | Oct 20 2023 00:11:00 | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name** | **Email Address**

DANIEL P. JONES
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor U.S. Bank National Association  et al. djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIEL P. JONES
on behalf of Creditor U.S. Bank National Association et al. djones@sterneisenberg.com bkecf@sterneisenberg.com

KEVIN G. MCDONALD
on behalf of Creditor Gateway Mortgage Group  a division of Gateway First Bank bkgroup@kmllawgroup.com

MICHAEL D. HESS
on behalf of Debtor Victoria A. Troutman kortiz739@yahoo.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2018 G-CTT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

VICTORIA A. TROUTMAN

Chapter 13

Bankruptcy No. 19-12984-PMM

Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 19, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE